UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALVIN MOON, | ) | 1:09-CV-00457 GSA HC |
|           Petitioner, | ) | |
|    v. | ) | ORDER GRANTING MOTION TO DISMISS [Doc. #11] |
| HECTOR RIOS, Warden, et al., | ) | |
|           Respondents. | ) | |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has consented to exercise of Magistrate Judge jurisdiction.

     On July 7, 2009, Petitioner filed a motion to voluntarily dismiss the petition for writ of habeas corpus pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which provides that "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules." At this time, Respondent has not

1 | filed a formal answer to the petition for writ of habeas corpus.

2 |     Accordingly, IT IS HEREBY ORDERED:

3 |     1) Petitioner's motion to dismiss is GRANTED;

4 |     2) The petition for writ of habeas corpus is DISMISSED; and

5 |     3) The Clerk of Court is DIRECTED to enter judgment and terminate the case.

7 |     IT IS SO ORDERED.

8 | **Dated:** **September 8, 2009**        /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE